OLIVER L. BROWN (State Bar No. 335952)
oliver.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Motion Picture Association, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO DISCORD, INC. | Misc. No.: 3:26-mc-80272<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

Petitioner Motion Picture Association, Inc., through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Discord, Inc. to identify alleged infringers of copyrighted works.

Petitioner has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) Petitioner has concurrently filed a proposed DMCA subpoena;

(2) Petitioner has attached hereto the sworn Declaration of Larissa Knapp confirming that the purpose for which the proposed subpoena is sought is to obtain the identity of the alleged infringers, and that such information will only be used for the purpose of protecting the copyright owners' rights under U.S. Code Title 17; and

(3) Petitioner has attached, as Exhibit 1 to the Declaration of Larissa Knapp, copies of the notifications required by 17 U.S.C. §512(c)(3)(A).

Having complied with all statutory requirements, Petitioner respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

DATED: August 26, 2026

MUNGER, TOLLES & OLSON LLP

By: *　/s/ Oliver L. Brown*
OLIVER L. BROWN

Attorney for Motion Picture Association, Inc.