OLIVER L. BROWN (State Bar No. 335952)
oliver.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Motion Picture Association, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO DISCORD, INC. | Case Number: 3:26-mc-80272<br><br>**DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Larissa Knapp, the undersigned, declare that:

1. I am Executive Vice President and Chief Content Protection Officer for the Motion Picture Association, Inc. ("MPA"). I submit this declaration on behalf of Amazon Content Services LLC, Disney Enterprises, Inc., Paramount Pictures Corp., and Warner Bros. Entertainment, Inc. ("ACE Members"), all of which are members of the Alliance for Creativity and Entertainment ("ACE"). ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy. The ACE Members, whether themselves or through subsidiaries and affiliates, own the copyrights in the copyrighted works that were infringed by the below referenced individuals. I am authorized to act on the ACE Members' behalf in this matter. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

2. The ACE Members (via the MPA) are requesting issuance of the attached proposed subpoena that would order Discord, Inc. ("Discord") to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, and e-mail addresses, of the individual Discord users that own and operate the following Discord servers and accounts:

- Server ID: 757977220181393479
- Server ID: 1420176510504927345
- Account ID: 1438513240362586194
- Account ID: 1420175135805149346

3. On August 24, 2026, ACE (acting on the ACE Members' behalf) sent two notifications to Discord, which identified the infringing material on Discord's systems that was published by the above Discord servers and accounts and provided all other information required by 17 U.S.C. § 512(c)(3)(A). True and correct copies of these notifications are attached hereto as **Exhibit 1**.

4. The purpose for which this subpoena is sought is to obtain the identities of the alleged infringers who have exploited the ACE Members' exclusive rights in their copyrighted works without their authorization. The information obtained through this subpoena will only be used for the purposes of protecting the ACE Members' rights under U.S. Code, Title 17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington D.C., on August 26, 2026.

Larissa Knapp

Larissa Knapp

# EXHIBIT 1

Outlook

**Notice of Copyright Infringement**

**From** Global Enforcement <enforcement@global.motionpictures.org>
**Date** Mon 8/24/2026 1:39 PM
**To** copyright@discord.com <copyright@discord.com>; copyright@discordapp.com <copyright@discordapp.com>

Dear Discord:

I am writing on behalf of the Alliance for Creativity and Entertainment ("ACE").

ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy. ACE includes some of the world's largest and most respected motion picture and television rights owners including, among many others, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Universal City Studios LLC, Walt Disney Studios Motion Pictures, Warner Bros. Entertainment Inc., Amazon Studios LLC, and Netflix Studios, LLC (together, the "ACE Members"). The ACE Members, whether themselves or through subsidiaries and affiliates, own or are the exclusive licensees of copyrights in a vast library of motion pictures and television programs (the “Copyrighted Works").

ACE has identified a Discord server (ID 1420176510504927345) the sole purpose of which is to link Discord users to an online service that provides access to infringing copies of copyrighted motion pictures and television programs. The individual(s) who own and operate this server regularly publish links to infringing copies of Copyrighted Works owned by ACE Members. A representative set of these infringing posts are identified below:

| No | Infringing Post URL | Server ID | Account ID | Message ID | Infringed Work |
|---|---|---|---|---|---|
| 1 | https://discord.com/channels/1420176510504927345/1420182982500683896/1521319718324277390 | 1420176510504927345 | 1420175135805149346 | 1521319718324277390 | Shutter Island |
| 2 | https://discord.com/channels/1420176510504927345/1420182982500683896/1535446705644900393 | 1420176510504927345 | 1420175135805149346 | 1535446705644900393 | Wreck it Ralph |

We request that Discord remove or otherwise disable access to the server identified above.

ACE is providing this notice based on its good faith belief that the use of the ACE Members’ Copyrighted Works in the manner identified above is not authorized by the copyright owners, their agents, or the law. I hereby certify, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owners of the exclusive copyright rights that are being infringed in the manner described above. This letter is without prejudice to the rights and remedies of the ACE Members, including to recover damages and any other claims for relief, all of which are expressly reserved.

If you have any questions, please contact me at (202) 293-1966, or via email at enforcement@global.motionpictures.org.

Very truly yours,

*Larissa L. Knapp*

Larissa Knapp
Executive Vice President & Global Chief of Content Protection
Motion Picture Association, Inc.

Outlook

**Notice of Copyright Infringement**

**From** Global Enforcement <enforcement@global.motionpictures.org>
**Date** Mon 8/24/2026 1:40 PM
**To** copyright@discord.com <copyright@discord.com>; copyright@discordapp.com <copyright@discordapp.com>

Dear Discord:

I am writing on behalf of the Alliance for Creativity and Entertainment ("ACE").

ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy. ACE includes some of the world's largest and most respected motion picture and television rights owners including, among many others, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Universal City Studios LLC, Walt Disney Studios Motion Pictures, Warner Bros. Entertainment Inc., Amazon Studios LLC, and Netflix Studios, LLC (together, the "ACE Members"). The ACE Members, whether themselves or through subsidiaries and affiliates, own or are the exclusive licensees of copyrights in a vast library of motion pictures and television programs (the “Copyrighted Works").

ACE has identified a Discord server (ID 757977220181393479) the sole purpose of which is to link Discord users to an online service that provides access to infringing copies of copyrighted motion pictures and television programs. The individual(s) who own and operate this server regularly publish links to infringing copies of Copyrighted Works owned by ACE Members. A representative set of these infringing posts are identified below:

| No | Infringing Post URL | Server ID | Account ID | Message ID | Infringed Work |
|---|---|---|---|---|---|
| 1 | https://discord.com/channels/757977220181393479/1428373748289114204/1494015163240681594 | 757977220181393479 | 1438513240362586194 | 1494015163240681594 | Invincible S03E01 |
| 2 | https://discord.com/channels/757977220181393479/1428373748289114204/1487862823597117623 | 757977220181393479 | 1438513240362586194 | 1487862823597117623 | The Pitt S01E01 |

We request that Discord remove or otherwise disable access to the server identified above.

ACE is providing this notice based on its good faith belief that the use of the ACE Members’ Copyrighted Works in the manner identified above is not authorized by the copyright owners, their agents, or the law. I hereby certify, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owners of the exclusive copyright rights that are being infringed in the manner described above. This letter is without prejudice to the rights and remedies of the ACE Members, including to recover damages and any other claims for relief, all of which are expressly reserved.

If you have any questions, please contact me at (202) 293-1966, or via email at enforcement@global.motionpictures.org.

Very truly yours,

Larissa L. Knapp

Larissa Knapp
Executive Vice President & Global Chief of Content Protection
Motion Picture Association, Inc.